# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 494 WAL 2014
:
               Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
JOHN IRA BRONSON, JR., :
:
               Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.